FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN D., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No.  1:21-cv-03115-SMJ <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court, without oral argument, is the parties Stipulated Motion for Remand, ECF No. 15. Under sentence four of 42 U.S.C. § 405(g), the parties are seeking to reverse and remand for further administrative proceedings. After reviewing the record and relevant authority, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

**2.** Under sentence four of 42 U.S.C. § 405(g), the Commissioner of Social Security's decision finding Plaintiff not disabled is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

3. On remand, the ALJ will update the record and offer the claimant a de novo hearing; reevaluate the medical opinions from treating, nontreating and nonexamining sources, including the opinion from ARNP Bethany Smith; reassess the claimant's residual functional capacity; and as needed, obtain vocational expert evidence. The ALJ will issue a new decision on the issue of claimant's disability prior to April 4, 2020.

4. Plaintiff will be entitled to reasonable attorney's fees and costs, pursuant to 28 U.S.C. §§ 1920, 2412, upon a timely and proper application to this Court.

5. Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **DENIED AS MOOT**.

6. The Clerk's Office is directed to enter **JUDGMENT** and **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of May 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND – 2